File Hashes for IP Address 67.173.172.76

**ISP:** Comcast Cable
**Physical Location:** Lake Zurich, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/11/2013 19:37:59 | 271AF0B34BACB60E7B8820AC062C0868DF3CD2B8 | Sacred Romance |
| 12/29/2012 21:02:46 | 544EDC12170CE5BA61AE658FF49F00ACD0EFE628 | Miss Me Not |
| 12/29/2012 16:10:06 | 74B4BBCC33B4E71BAE20463B7F48FD1EFFD9E3B8 | Then They Were Three |
| 11/25/2012 22:31:41 | 4C2FA12F262A00CDE2D93B2D30A853ED2F3494AF | Young Passion |
| 11/25/2012 20:58:00 | C84F1840C1E7B1C2A910D7EF9DB186BE274AAD65 | By Myself |
| 11/25/2012 18:32:27 | 5C30F05B0EF0F99BBF43E716A0EB53D31C179D7F | MaryJane Young Love |
| 10/09/2012 10:38:28 | 9154AE3352085AB968E905845441F0C2082974E7 | LA Love |
| 09/08/2012 23:23:17 | E618831736A16B827DF5D93C5167A8989E864F36 | First Love |
| 06/23/2012 04:45:42 | 1D873D69A5693172D0BBD3F985EEA87480414B52 | Sapphic Experience |
| 04/14/2012 16:22:18 | 58DC603C3529FBD631577AD8C31032944A71314D | Angel Journey To The East |
| 02/16/2012 10:23:18 | F8F6CA1FA44DAE349A7D956F750011317B8B7B19 | Carmen An Afternoon to Remember |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

NIL66